UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JONATHAN C. COPELAND,<br><br>　　　　　　　Defendant. | Case No. 19-CR-102-JPS<br><br>**ORDER** |

On June 4, 2019, a three-count indictment was filed charging Defendant with possessing a controlled substance, as well as possessing a firearm as a felon in furtherance of drug trafficking in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 18 U.S.C. §§ 924(c)(1)(A)(i), 922(g)(1), 924(e)(1). (Docket #1). On August 20, 2021, the parties entered into a plea agreement as to Count One of the Indictment. (Docket #17).

The parties appeared before Magistrate Judge Nancy Joseph on September 14, 2021 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #20). Defendant entered a plea of guilty as to Count One of the Indictment. (*Id.*) After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offenses. (*Id.*)

On September 14, 2021, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared;

and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. (*Id.*) Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*) To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation (Docket #20) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 5th day of October, 2021.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge